UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARK LYTELL ADAMS,

Debtor/Appellant,

Case No. 16-cv-05518-WHO

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. Nos. 3, 4

The Bankruptcy Record On Appeal in this matter was filed on January 9, 2017. Dkt. No. 3. The same day, the Court entered the Notice of Briefing requiring debtor/appellant Mark Lytell Adams's opening brief to be filed thirty days later, or on February 8, 2017. Dkt. No. 4. To date, none has been filed. Mr. Adams is ORDERED to show cause why this case should not be dismissed for failure to prosecute as of **March 10, 2017.** Alternatively, if Mr. Adams files his opening brief on or before that date, this Order will be expunged. If nothing is filed, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 24, 2017

William H. Orrick
United States District Judge