UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: MARK LYTELL ADAMS,<br>　　　　　Debtor/Appellant, | Case No.　3:16-cv-05518-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 6 |

On February 24, 2017, I issued an order to show cause why this case should not be dismissed for failure to prosecute, with a deadline of March 10, 2017.  Dkt. No. 6.  As of today's date, Mr. Adams has not filed a response.  Accordingly, this case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge